AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 12 2008

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| JOSE PILAR PEREZ-LOPEZ | CASE NUMBER: 08 CR 2662 WQH |

I, JOSE PILAR PEREZ-LOPEZ , the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/12/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Jose Pilar Perez L.
Defendant

Counsel for Defendant

Before _____
Judicial Officer