AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
AUG 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE PILAR PEREZ-LOPEZ | CASE NUMBER: 08CR0662-WQH |

I, JOSE PILAR PEREZ-LOPEZ, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 -- False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___8/28/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

×_Jose Pilar Perez_
JOSE PILAR PEREZ-LOPEZ
Defendant

_____
SYLVIA BAIZ, ESQ.
Counsel for Defendant

Before _____
JUDICIAL OFFICER